1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 **KEVIN WOODS**, individually and on behalf of all other similarly situated,<br><br>14<br><br>15 Plaintiff,<br><br>16<br><br>     vs.<br><br>17<br><br>18 **MIDLAND CREDIT MANAGEMENT, INC.**, and **DOES 1**<br>19 through **10**, inclusive,<br><br>20<br><br>21 Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:17-cv-00600-RGK-JPR

**ORDER RE JOINT MOTION AND STIPULATION OF DISMISSAL OF ACTION AS TO PLAINTIFF KEVIN WOODS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

22
23
24
25
26
27
28

Order to Dismiss - 1

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the Parties, the entire case is dismissed with prejudice as to Plaintiff Kevin Woods and without prejudice as to the putative class.  Each party shall bear his/its own costs, attorneys' fees, and expenses.

Dated this 28TH day of July, 2017

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE